IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO.: 4:14-CR-74-3D(1)

UNITED STATES OF AMERICA

v.

ORDER

TIMOTHY EARL VAUGHN,

Defendant

Upon motion of the retained counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 45 be sealed until such time as requested to be unsealed by Defense Counsel.

This the 6 day of March, 2015.

James C. Dever, III
Honorable Chief United States District Judge